

**JOHN D. KINARD**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/10/2015 3:40:44 PM
CHRISTOPHER A. PRINE
Clerk

August 10, 2015

Christopher Prine Clerk
14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. Tasneem Abdullah Ebrahim**
**CASE NUMBER: 12-CR-1373**
**212th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **14th COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 07/24/2015 (Judgment Adjudicating Guilt)**
> **Notice of Appeal: 07/24/2015**
> **Motion for New Trial: 07-24-2015**
> **Offense Convicted of: Arson**
> **Judgment and Sentence: Eight (8) Years Institutional Division, TDCJ**
> **Trial Judge: Patricia Grady**
> **Court Reporter: Tara L. Wilson**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

BY: _____
Terrie Kahla

12 – CR – 1373
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1080130



*600 59ʰ Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Diane D. Clark, Attorney for Appellant
3027 Marina Bay Drive
Suite 108
League City TX  77573-0000

CC: Tara L. Wilson, Court Reporter
courtreportertara@gmail.com

600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388

Phone (409) 766-2424 Fax (409) 766-2292

## NO. 12CR1373

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT 2015 JUL 24 AM 11: 41 |
| | § | |
| vs. | § | 212TH JUDICAL DISTRICT |
| | § | |
| TASNEEM ABDULLAH EBRAHIM | § | GALVESTON COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Tasneem Abdullah Ebrahim, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Tasneem Abdullah Ebrahim.

Respectfully submitted,

The Ceaser Law Firm
1302 Waugh Dr. #367
Houston, Texas 77019
Telephone: (713) 796-9911
Facsimile: (713) 796-8811

By:_____

Kendric M. Ceaser
State Bar No. 24012404
Attorney for Defendant

12 – CR – 1373
DCAF
Appeal – Notice
1072383

3

## CERTIFICATE OF SERVICE

This is to certify that on _____7/2 4_____, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Galveston County, 600 59th Street, Galveston, Texas 77551, by hand delivery.

_____
Kendric M. Ceaser

4